IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN P. HAGUE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-1640 |
| | : | |
| PA STATE POLICE TROOP K PHILA, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 8th day of September, 2021, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute for the reasons stated in the Court's accompanying Memorandum.

2. The Motion to Proceed *In Forma Pauperis* is **DENIED AS MOOT** due to the dismissal of this case.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

4. If Hague still intends to prosecute this case, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e). He must also include with that motion either $402 for payment of the fees or a signed motion to proceed *in forma pauperis*.

BY THE COURT:

/s/ Hon. C. Darnell Jones II

_____
C. DARNELL JONES, II, J.